## UFFELMAN *v.* TEMPLETON COAL COMPANY.

[No. 13,058. Filed October 25, 1927.]

From Industrial Board of Indiana.

Proceeding under the Workmen's Compensation Act between William Uffelman and the Templeton Coal Company. From the award made, the former appeals. *Affirmed.* By the court in banc.

*John A. Riddle,* for appellant.

*Will H. Hays, Hinkle C. Hays, Alonzo C. Owens, W. Paul Stratton, John S. Taylor, William H. Bridwell* and *George W. Buff,* for appellee.

PER CURIAM.—Affirmed.

Dausman, J., absent.

---

## CAMPBELL *v.* STRIEBEL, RECEIVER.

[No. 12,760. Filed October 27, 1927.]

From Porter Circuit Court; *H. H. Loring,* Judge.

Action between Duncan J. Campbell and Frank D. Striebel as receiver for the Citizens Finance Company. From the judgment rendered, the former appeals. *Affirmed.* By the court in banc.

*Jones & Obenchain* and *Ralph Feig,* for appellant.

*Edwin J. Bower, Walter C. Williams* and *Harry B. Tuthill,* for appellee.

PER CURIAM.—Appellee having confessed error, the judgment is reversed, with instructions to grant a new trial.

Dausman, J., absent.

---

## HORRALL *v.* CHICAGO AND EASTERN ILLINOIS RAILWAY COMPANY.

[No. 12,802. Filed November 1, 1927.]

From Gibson Circuit Court; *Claude A. Smith,* Judge.

Action between Everett Horrall and the Chicago and Eastern Illinois Railway Company. From the judgment rendered, the former appeals. *Affirmed.* By the court in banc.

*W. A. Cullop, Thomas Duncan* and *Shake & Kimmell,* for appellant.

*T. Morton McDonald,* for appellee.

PER CURIAM.—Affirmed.